IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| V. | ) CRIMINAL NUMBER 05-04 ERIE |
| EUGENE LAMONT GAVIN<br>Defendant. | )<br>)<br>)<br>) |

## **O R D E R**

AND NOW this 2nd day of August, 2005,

IT IS HEREBY ORDERED that the above-named defendant is scheduled for a Change of plea hearing on **Thursday, August 18, 2005** at **9:00 a.m.** before the Honorable Sean J. McLaughlin in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA

                                                          s/Sean J. McLaughlin
                                                        SEAN J. MCLAUGHLIN
                                                        UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    U.S. Marshal Services
    U.S. Probation/Pretrial Services