# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S. _____ )
_____ )
_____ )
_____ )
            vs.        )     CR  05-4 Erie _____
Eugene Lamont Gavin _____ )
_____ )
_____ )
        Defendants )

**HEARING ON**   Change of Plea _____

           Before   Sean J. McLaughlin _____

| Marshall Piccinini, Esq. _____ | Dan Braebender, Esq. _____ |
| --- | --- |
| _____ | _____ |
| Appear for Plaintiff | Appear for Defendant |

| Hearing Begun   8/18/2005 9:45 a.m. _____ | Hrg Adjourned to _____ |
| --- | --- |
| Hrg concluded C.A.V.   10:12 a.m. _____ | Stenographer      Ron Bench _____ |

**WITNESSES**

| For Plaintiff | For Defendant |
| --- | --- |
| Defendant pled guilty to Count 1 of the Indictment; Sentencing set for 11/18/2005 at 10:00 a.m. | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |