IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-4    Erie |
| | ) |
| MICHELLE NICOLE WELSH | ) **(Under Seal)** |
| EUGENE LAMONT GAVIN | ) |

**ARRAIGNMENT PLEA**                              **ARRAIGNMENT PLEA**

Defendant Michelle Nicole Welsh being arraigned, pleads _Not Guilty_ in open Court this _18th_ day of _January_, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

Defendant Eugene Lamont Gavin being arraigned, pleads _Not Guilty_ in open Court this _27th_ day of _January_, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

ORIGINAL

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered _1-18_ 20_05_, and now pleads guilty in open court this _18th_ day of _August_ 20_05_

X _Eugene Lamont Gavin_
                              Defendant

ATTY: _Daniel J. Brabender, Jr._