**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | )  Criminal Action No. 05-4 Erie |
| | ) |
| EUGENE LAMONT GAVIN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 18th day of August, 2005, IT IS HEREBY ORDERED that sentencing is rescheduled before the undersigned to **Thursday, November 17, 2005 at 10:00 a.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania.

s/ Sean J. McLaughlin
United States District Judge

cc:   All parties of record.
      U.S. Marshal Service
      Probation