IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. No. 05-4 Erie |
| ) | |
| EUGENE LAMONT GAVIN ) | |
|     Defendant ) | |

**O R D E R**

AND NOW, this 9th day of November the defendant, Eugene Lamont Gavin, having filed with the court a motion to withdraw his plea of guilty and for appointment of new counsel

IT IS HEREBY ORDERED that the Sentencing scheduled for Thursday, November 17, 2005 at 10:00 a.m. is CANCELLED

IT IS FURTHER ORDERED that the United States file a response to these motions on or before November 23, 2005

IT IS FURTHER ORDERED that a hearing on these motions will be set for November 28, 2005 at 10:00 a.m. before the Honorable Sean J. McLaughlin, in Courtroom C, U.S. Courthouse, 17 South Park Row, Erie, PA.

                                                                               S/Sean J. McLaughlin
                                                                               Sean J. McLaughlin
                                                                               United States District Judge

cc: U.S. Marshal Service
    Probation/Pretrial Services