MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

U.S.A.
*Plaintiff*

vs.   No. CR 05-4 Erie

Eugene L. Gavin
*Defendant*

HEARING ON Mtns. to withdraw Plea/to appoint new counsel

Before Judge McLaughlin

Dan Bralender                    Marshall Piccinni

*Appear for Plaintiff*            *Appear for Defendant*

Hearing begun 10:24 am 12/14/05   Hearing adjourned to 10:37 am

Hearing concluded C. A. V. ___    Stenographer Ron Beach
                                  Clerk: Nicole Kierek

WITNESSES:

For Plaintiff                     For Defendant

Defendant Sworn; Withdrew Mtns.

Sentencing scheduled for 1-11-06 @ 10:00am