IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-4 Erie |
| | ) | |
| EUGENE LAMONT GAVIN, | ) | |
| Defendant. | ) | |

### ORDER

AND NOW this __14TH__ day of December, 2005

IT IS HEREBY ORDERED THAT the above defendant is scheduled to be Sentenced on **Wednesday, January 11, 2006 at 10:00 a.m.** before the Honorable Sean J. McLaughlin in Courtroom C, United States Courthouse and Postoffice, 17 South Park Row, Erie, PA.

                                                                                            _____
                                                                                            Sean J. McLaughlin
                                                                                            United States District Judge

cc: Daniel Brabender
     Marshal Piccinini
     U.S. Probation/Pretrial Services
     U.S. Marshal Service