CR 05-4 Erie

To: The Honorable Judge Sean J. McLaughlin

Sir: I am writing you to inform you that I wish to motion for the ability to obtain new counsel by the name of Ian Murray. He will be available to take control of my case the week of Jan. 30th. I know that I was before your court on this issue but I was not in understanding of my options concerning this issue and I was also under the assumption that my current Atty. Daniel Brabender and his exceptions to my pre-sentence report and additional matters for consideration were in my best interest. Upon consultation with Mr. Murray as well as numerous conversations with my family ie. (mother, wife, ect.) I was advised that Mr. Murray would be of more benefit to myself and my case. I would like to obtain Mr. Murray's counsel at the request of the court as soon as possible so that I can get this done and over with and close this chapter of my life. The Government has already expressed that they have no objection to me obtaining new counsel, to the extent that it does not significantly delay the sentencing hearing. As I've stated before Mr. Murray will be available to work my case as soon as ~~~~ the date of Jan 30th 2006. The Government also does not object to a limited continuance to provide newly

OBTAINED COUNSEL SUFFICIENT TIME TO FILE ANY MOTIONS HE FEELS ARE NECESSARY. I TRULY HOPE THAT YOU CAN HELP ME IN ~~~~ THIS MATTER OR INFORM ME OF HOW TO GO ABOUT IT. THANK YOU VERY MUCH FOR YOUR TIME AND EFFORT IN HELPING ME WITH THIS PROBLEM.

Sincerely,
Eugene Davis