MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

USA

*Plaintiff*

vs.

Gavin

*Defendant*

No. CR 05-4 Erie

HEARING ON Mtn to appoint new counsel

Before Judge McLaughlin

Dan Brabender                    Marshal Piccinini

*Appear for Plaintiff*            *Appear for Defendant*

Hearing begun 8:56 am            Hearing adjourned to 9:06 am

Hearing concluded C. A. V.       Stenographer Ron Birch
                                 Clerk: Nicole Kuryak

WITNESSES:

*For Plaintiff*                   *For Defendant*

4 sworn - gave testimony
Mtn to appoint new counsel is DENIED

Sentencing will be held on 1-11-06 @ 10 am