# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
**Plaintiff** )
)
vs. ) No. CRIMINAL NO 05-4E
)
Eugene Lamont Gavin )
)
**Defendant** )

**HEARING ON** Sentencing

Held on 1-11-06

Before Judge McLaughlin

Daniel Brabender — Marshall Piccinini

Appear for Plaintiff — Appear for Defendant

Hearing begun 9:54 am - 9:56 am   ~~Hearing adjourned to~~
9:58 am - 10:38 am
Hearing concluded ~~C.A.V.~~ 10:41 - 11:06 am  Stenographer Ronald Bench

Clerk Nicole Kuenzel

**WITNESSES:**

| For Plaintiff | For Defendant (9:58-10:38) |
|---|---|
| Defendant Gavin Sentenced; J&C to follow; Defendant Sentenced to 125 months; Supervised Release 4 years; $100.00 Special Assessment due immediately. Fine waived. | Michelle Welsh - Sworn - gave testimony. Gov't Exhibits 1 attached - admitted ✓ Gov't Exhibits 2 attached - admitted ✓ to run concurrent upon release |