- 1 -

## FEDERAL BUREAU OF INVESTIGATION



Date of transcription    06/09/2004

### GRAND JURY MATERIAL - DISSEMINATE PURSUANT TO RULE 6(e)

The following is a transcript of a partial conversation between ANTHONY GAMBILL, who is currently incarcerated at the Erie County Prison, and MICHELLE WELSH.

| DATE | TIME | NUMBER DIALED |
|------|------|---------------|
| May 30, 2004 | 15:22:32 - 15:37:11 | 814/455-2816 |

GAMBILL calls WELSH and she is crying about the van, her grandmother calling her names and the baby has a mark on her neck. WELSH tells GAMBILL she got pulled over and got two tickets for being too loud and driving without a license. The call then changes to pertinent information. GAMBILL tells WELSH he will write a letter to ANTONIO. They talk about selling speakers to CLARENCE for $300.

347 seconds into the call:

WELSH:     I talked to Antonio yesterday.

GAMBILL:   What did he say?

WELSH:     I was like what you all just forgot about your homeboy?

GAMBILL:   And what did he say.

WELSH:     He was like, no I got a job now I don't hussle.  I was like damn. ~~What happened to Gene and~~ he was like um, ~~Gene fell off~~.

GAMBILL:   (Laughs) Yeah.

WELSH:     I was like he ain't shit without his homeboy.

GAMBILL:   Yeah, I know all of them.  You know.  Antonio he lying, he just you know what I mean, he ain't, he ain't, I'm just saying are they still staying over there on 20th.

WELSH:     Yeah, 151 West 20th.

---

Investigation on    05/30/2004    at   Erie, PA

File # 166E-PG-71915-GJ – 73          Date dictated   06/08/2004

by   Agent Barbara Connelly-Sessamen

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

166E-PG-71915-GJ

Continuation of FD-302 of ___Transcript_____ , On 05/30/2004 , Page ___2___

GAMBILL:    Yeah I'm going to write him over there.

WELSH:      Yeah because I thought I had to address on me, but I know
            it by heart, but I didn't want to mess....

GAMBILL:    Yeah, it's 151, I had it already.  Gene gave it to me a
            while go.  Is Gene still with that girl over ther?

WELSH:      On and off.

GAMBILL:    That's some crazy shit though.

WELSH:      Talk about how much money Gene owe you?

GAMBILL:    Gene owes me like two hundred dollars.

WELSH:      Well I said three hundred, didn't even know.  I was like
            probably three hundred dollars, Gene owes him.  He was
            talking about you only gave him a quarter.

GAMBILL:    Yeah I did what he think that's supposed to cost.  He
            only gave me like ninety dollars altogether, all the
            money he sent me he gave me ninety dollars.  Now ninety
            from of three hundred is what?

WELSH:      210.

GAMBILL:    210, yeah he got to give that up.

WELSH:      I was like he want to keep on acting funny Anthony going
            to beat him up.

GAMBILL:    Yeah.

WELSH:      Yeah, Antonio laughing, yeah he probably is.

GAMBILL:    Yeah, I don't play. I mean, you know want to play games
            with me and shit.

WELSH:      He wanted that mohair.

GAMBILL:    Oh he wanted it where it was at?

WELSH:      What?

FD-302a (Rev. 10-6-95)

166E-PG-71915-GJ

Continuation of FD-302 of ___Transcript_____ , On _05/30/2004__ , Page ___3____

| | |
|---|---|
| GAMBILL: | Did you tell him where it was at? |
| WELSH: | Yeah, I gave him the key, he said, I was like it don't move. |
| GAMBILL: | Yeah. |
| WELSH: | He said he was going to have somebody come down and get it. |
| GAMBILL: | Oh. |
| WELSH: | I was like you better come get it before somebody steal that shit. |
| GAMBILL: | Yeah damn.  At least Antonio's still in good talking spirits and shit like that.  You what I mean and um, I don't know I"m just going to write him and shit periodically you know what I mean. |
| WELSH: | It was just funny cause I came, first I come around the block and Chad pulled me over right. |
| GAMBILL: | Mmm hmm. |
| WELSH: | But I see Antonio sitting over there and he's like, I need the key for the Honda.  He's like where's it at, I was like oh it's right here, but the police was at the corner you know, I just didn't want to you know what I mean. |
| GAMBILL: | Yeah. |
| WELSH: | So I was like, I'll be back right. |
| GAMBILL: | Mmm hmm. |
| WELSH: | Then I like rode around the block and shit a while and then. |
| GAMBILL: | Came back. |
| WELSH: | I came back and Chad wasn't out there, I was like come get this key, he was like, who you supposed to be talking to, I said you.  You want this key right. |

166E-PG-71915-GJ

Continuation of FD-302 of ____Transcript_____ , On _05/30/2004_ , Page __4__

521 into the conversation.

   WELSH and GAMBILL talk about the welfare office and Terrell and general conversation.

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    06/30/2004

**GRAND JURY MATERIAL - DISSEMINATE PURSUANT TO RULE 6(e)**

The following is a transcript of a partial conversation between ANTHONY GAMBILL, who is incarcerated at SCI Albion, and MICHELLE WELSH.

| DATE | TIME | NUMBER DIALED |
|------|------|---------------|
| June 9, 2004 | 15:18:56 - 15:34:46 | 814/455-2816 |

BEGIN at 496 seconds

WELSH:          They said Gene fell off.

GAMBILL:        Yeah, he owe Antonio about, like, 6, 7 thousand.

WELSH:          What?

GAMBILL:        He owe Antonio like 6, 7 thousand.

WELSH:          He must be hidin' out.

GAMBILL:        No. I don't know.  He gonna mess, he gonna fuck around and get it though.  You know what I mean?

END at 515 seconds

Investigation on    06/09/2004    at    Erie, PA

File #  166E-PG-71915-GJ 75                                        Date dictated    06/28/2004

by    Trooper Jeff Tylman/dw

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.