GOVERNMENT
EXHIBIT

2

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/27/2004

MICHELLE WELSH, (PROTECT IDENTITY), white female, date of birth, August 30, 1982, was interviewed at the Erie Office of the Federal Bureau of Investigations. WELSH was provided a FD-395 Advice of Rights form, which she read, was read, and signed. WELSH then provided the following information:

WELSH first met ANTHONY GAMBILL in July of 2003 while GAMBILL was in a half-way house on west 8th street. They began to date in August of 2003 and WELSH moved in with GAMBILL at 233 East 6th street in September of 2003.

GAMBILL was working at LOC Industries and was laid off. Around December of 2003 ANTHONY GAMBILL began to sell small amounts of crack cocaine to a couple of people. GAMBILL then got a cellular telephone and began to sell more crack cocaine and was getting a couple ounces at a time.

Also involved with ANTHONY GAMBILL was his uncle, "BEVON" JONES. WELSH had seen ANTHONY GAMBILL and "BEVON" JONES cooking some crack cocaine at ANTHONY GAMBILL'S mothers residence.

GAMBILL did not sell from the residence but sold in the West 18th area. GAMBILL also sold crack cocaine from the residence of a white male named MARK who lived on West 20th street near Myrtle street and also from the residence of an older black male named ARTHUR GIBBS who lives on West 16th Street between Sassafras and Myrtle streets in a yellow house. Both MARK and ARTHUR GIBBS are crack users.

Once this past winter WELSH was with her mother, who is a crack user, and with ANTHONY GAMBILL. They went to 2036 East 19th street and ANTHONY GAMBILL went into the residence to pick up crack from CLARENCE GAMBILL. CLARENCE GAMBILL is also called "JAWUAN" by his family. While waiting out in the car, WELSH and her mother were approached by police officers who asked them what they were doing. After the police left ANTHONY GAMBILL returned to the vehicle and had crack cocaine.

Investigation on    08-27-2004    at  Erie, Pa

File #  166E-PG-71915 ~302- 1D0

Date dictated    08-27-2004

by    Jason Crouse & Jeff Greene /jdg

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

166E-PG-71915

Continuation of FD-302 of ___Michelle Welsh___ , On _08-27-2004_ , Page ___2___

         Prior to GAMBILL'S arrest on April 2, 2004, GAMBILL was
spending a lot of time at CHAD BOLDEN'S residence in the 500 block
of East 22nd street. The residence is owned by ANTONIO BOLDEN.
CHAD BOLDEN, ANTONIO BOLDEN, and EUGENE GAVIN all hung out at the
residence. They used the residence as a party house and often had
young girls there who smoked crack.

         A couple days after ANTHONY GAMBILL'S arrest, WELSH
saw ANTONIO BOLDEN and BOLDEN asked WELSH if she was going to take
care of ANTHONY GAMBILL'S crack cocaine sales. ANTONIO BOLDEN told
WELSH to see EUGENE GAVIN.

         While incarcerated at the Erie County Prison, ANTHONY
GAMBILL contacted EUGENE GAVIN and told GAVIN to give WELSH some
crack cocaine. EUGENE GAVIN owed ANTHONY GAMBILL money, possibly
$300-$400. After ANTHONY GAMBILL was arrested EUGENE GAVIN obtained
the rest of ANTHONY GAMBILL'S crack cocaine.

         EUGENE GAVIN gave WELSH $50 worth of crack cocaine and
she sold it. WELSH then paid EUGENE GAVIN $125 for an "eightball"
of crack cocaine and sold it. WELSH continued to purchase an
"eightball" from EUGENE GAVIN every couple of days for the next
couple of weeks. WELSH then ran out of money and asked for EUGENE
GAVIN to give her an "eightball" of crack cocaine on credit. WELSH
never paid EUGENE GAVIN back the $125 and he stopped talking to
her.

         When buying crack cocaine from EUGENE GAVIN, WELSH would
go to his residence in the 100 block of West 20th street. The
residence has a purple door. The purchases often took place in
front of GAVIN'S wife, BERNADETTE. BERNADETTE was aware of what was
going on and may have sold crack cocaine herself. On one occasion,
WELSH was buying crack cocaine from GAVIN and there was another
female at the residence also buying crack cocaine.

         After EUGENE GAVIN stopped dealing with WELSH, she began
to buy crack cocaine from CLARENCE GAMBILL.  WELSH would pay
CLARENCE GAMBILL $50 for five rock or would buy .8 grams for $80.
WELSH would sell the .8 grams in rock quantities for $160 making an
$80 profit. WELSH purchased crack cocaine from CLARENCE every
couple of days for a couple of weeks. WELSH last purchased crack
cocaine from CLARENCE GAMBILL a couple of months ago. CLARENCE
GAMBILL had a cellular telephone (814) 504-5988.

FD-302a (Rev. 10-6-95)

166E-PG-71915

Continuation of FD-302 of ___Michelle Welsh_____ , On _08-27-2004__ , Page __3__

    ANTHONY GAMBILL asked CLARENCE GAMBILL for $200 so he could buy a television for use at Albion prison. CLARENCE GAMBILL would not give ANTHONY GAMBILL the money and WELSH had words with CLARENCE GAMBILL and they stopped speaking.

    When purchasing crack cocaine from CLARENCE GAMBILL, WELSH would be instructed to go to the area of Bogey's Tavern located at June street and Buffalo road which is located near CLARENCE GAMBILL'S residence. On two occasions, CLARENCE GAMBILL'S Uncle, BILL GAMBILL, met with WELSH and delivered the crack cocaine. BILL GAMBILL is described as a black male about 45 years old and is a crack cocaine user. On about five or six occasions WELSH met with just CLARENCE GAMBILL to take delivery of the crack cocaine. On one occasion CLARENCE GAMBILL was with CURTIS CARSON when the crack cocaine was delivered to WELSH.

    WELSH stated that when she would three way a call to CLARENCE GAMBILL or EUGENE GAVIN that they would talk with ANTHONY GAMBILL in code about WELSH purchasing crack cocaine. WELSH would then go and pick up the crack cocaine or would call them.

    WELSH stated that she knows from recent conversations with ANTHONY GAMBILL that EUGENE GAVIN owes ANTONIO BOLDEN about $9,000.

    WELSH stated that she saw ANTONIO BOLDEN a couple of days ago at the Shell Mart at 6th and Parade streets. BOLDEN was in a gold colored car. WELSH told BOLDEN that ANTHONY GAMBILL would be coming back to Erie County Prison soon and would be able to make three-way calls. ANTONIO BOLDEN gave WELSH his cellular telephone number (814) 881-1788.

    WELSH stated that ANTONIO BOLDEN only deals with certain people. She had seen BOLDEN a couple of months ago when he was picking up a motorcycle and knows that BOLDEN is working at a Peach street motel.

    WELSH knows from conversations with ANTHONY GAMBILL that ANTONIO BOLDEN owes a large amount of money to someone. WELSH stated that around September or October of 2003, when she first met ANTONIO BOLDEN, that he always had a lot of money. WELSH knew from conversations with others that ANTONIO BOLDEN had a Cadillac and a sports utility type vehicle, both with nice stereo systems, but they were taken by the person to whom BOLDEN owed the money.

FD-302a (Rev. 10-6-95)

166E-PG-71915

Continuation of FD-302 of ___Michelle Welsh_____ , On _08-27-2004_ , Page __4_

      ANTONIO BOLDEN now has a Cadillac and a Bonneville.

          WELSH stated that her main customers for crack cocaine were a white female in her 40's named "CAT" who is short with reddish blond hair. CAT is the mother of ERICA ALLISON. CAT is a prostitute on west 18th street. The other main customers was ARTHUR GIBBS a black male about 50 years old who lives on west 16th street in a yellow house between Sassafras and Myrtle streets.

          WELSH recalled once selling to MARK.

The original FD-395 form was placed into a 1A envelope.