**Daniel J. Brabender, Jr.**
**254 West Sixth Street**
**Erie, PA 16507**
**814-453-5004**
**Attorney I.D. # PA 27912**
**DBrabes@aol.com**
**_____ Retained __X__ Appointed**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Judge Sean J. McLaughlin**                    **Court Reporter Ron Bench**

**UNITED STATES OF AMERICA,**          :
    **Appellee**                              :
                                               :
    **vs.**                                   :        **CRIMINAL NO. 2005-00004-002 ERIE**
                                               :
**EUGENE LAMONT GAVIN**                  :
    **Appellant--Defendant**                :

# NOTICE OF APPEAL

        NOTICE is hereby given that **EUGENE LAMONT GAVIN**, Defendant above-named, hereby appeals to the United States Court of Appeals for the Third Circuit from the

        Sentence only (18 U.S.C. Section 3742).    Sentence imposed: Special assessment of $100; a term of imprisonment of 125 months; supervised release of four years

entered in this proceeding on the 11th day of January, 2006.

        Respectfully submitted,

        **CARNEY & GOOD**

        By: /s/ Daniel J. Brabender, Jr._____
        **Daniel J. Brabender, Jr., Esq.**

Transcripts Required __X__ Yes _____ No          Date to be ordered:  January 23, 2006

January 11, 2005      (X) Indictment  ( ) Information      Filed:  January 11, 2005

Bail status:  Released on January 20, 2005 on an unsecured ROR bond.  Remained in custody, however, since that time on unrelated state charges, then was sentenced by Judge McLaughlin on January 11, 2006.

Will there be a request to expedite the appeal and set a schedule faster than that normally set? _____ Yes __X__ No

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


**UNITED STATES OF AMERICA**　　　　　**:**
　　　　　　　　　　　　　　　　　　　**:**
　　　**vs.**　　　　　　　　　　　　　　**:**　　　　**CRIMINAL NO. 2005-00004-002 ERIE**
　　　　　　　　　　　　　　　　　　　**:**
**EUGENE LAMONT GAVIN**　　　　　　**:**


# CERTIFICATE OF SERVICE


The undersigned hereby certifies that a true and correct copy of the within Notice of

Appeal was served electronically upon the following on January 19, 2006:

> Marshall Piccinini, Assistant U.S. Attorney
> United States Court House, Room A330
> 17 South Park Row
> Erie, PA 16501-1158
>
> USPO Stephen A. Lowers
> United States Court House, Room A-110
> PO Box 1598
> Erie, PA 17507-0598
>
> Thomas W. Patton
> Office of Federal Public Defender
> 1001 State Street Suite 1111
> Erie, PA 16501

　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Brabender, Jr.
　　　　　　　　　　　　　　　　　　　**Daniel J. Brabender, Jr., Esq.**
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　254 West Sixth Street
　　　　　　　　　　　　　　　　　　　Erie, PA 16507-1398
　　　　　　　　　　　　　　　　　　　[814] 453-5004
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 27912