**Daniel J. Brabender, Jr.**
**254 West Sixth Street**
**Erie, PA 16507**
**814-453-5004**
**Attorney I.D. # PA 27912**
**DBrabes@aol.com**
**_____ Retained __X__ Appointed**


### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**Judge Sean J. McLaughlin**            **Court Reporter Ron Bench**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
|     Appellee | : | |
| | : | |
| vs. | : | **CRIMINAL NO. 2005-00004-002 ERIE** |
| | : | |
| **EUGENE LAMONT GAVIN** | : | |
|     Appellant--Defendant | : | |


# TRANSCRIPT DESIGNATION AND ORDER


Date notice of appeal filed: January 19, 2006

<u>HEARING DATE</u>   <u>COURT REPORTER</u>   <u>PROCEEDINGS</u>
January 11, 2006    Ron Bench         Sentencing

As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter.  I agree to recommend payment for work done prior to the cancellation of this order.

                                  **CARNEY & GOOD**

                                By: /s/ Daniel J. Brabender, Jr._____
                                **Daniel J. Brabender, Jr., Esq.**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO. 2005-00004-002 ERIE |
| : | |
| EUGENE LAMONT GAVIN : | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within Transcript Designation and Order was served electronically upon the following on January 19, 2006:

  Marshall Piccinini, Assistant U.S. Attorney
  United States Court House, Room A330
  17 South Park Row
  Erie, PA 16501-1158

  Thomas W. Patton
  Office of Federal Public Defender
  1001 State Street Suite 1111
  Erie, PA 16501

                              /s/ Daniel J. Brabender, Jr.
                              **Daniel J. Brabender, Jr., Esq.**
                              Attorney for Defendant
                              254 West Sixth Street
                              Erie, PA 16507-1398
                              [814] 453-5004
                              Attorney I.D. No. 27912