UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-1275
_____

UNITED STATES OF AMERICA

v.

EUGENE LAMONT GAVIN,

Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 05-cr-00004-2E)
District Judge: Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
October 24, 2006

Before: SMITH, FISHER and COWEN, *Circuit Judges*.

_____

JUDGMENT
_____

    This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on October 24, 2006.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered January 11, 2006, be and the same is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron

Dated: October 31, 2006    Clerk