UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-1275

UNITED STATES OF AMERICA

v.

EUGENE LAMONT GAVIN,

Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 05-cr-00004-2E)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
October 24, 2006

Before: SMITH, FISHER and COWEN, *Circuit Judges*.

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on October 24, 2006. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered January 11, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

Dated: October 31, 2006

/s/ Marcia M. Waldron
Clerk

Page 2
06-1275
USA v Gavin

Certified as a true copy and issued in lieu
of a formal mandate on November 22, 2006

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk