*Penny*

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-04 Erie |
| ) | |
| EUGENE LAMONT GAVIN ) | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Eugene Lamont Gavin, 2865, Year of Birth: 1976, African American, Male.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Section 846.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for sentencing at Erie, Pennsylvania on January 11, 2006, at 10:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

Sean J. McLaughlin
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US, o=United States District Court, ou=United States District Judge
Date: 2006.01.09 08:37:02 -05'00'

DATE                           UNITED STATES DISTRICT JUDGE

cc: United States Attorney

JAN 10 2006

EXECUTED THIS WRIT IN PART / IN FULL (CIRCLE ONE) ON THE 11 DAY OF Jan, 20 06 BY TAKING CUSTODY OF Eugene Gavin AT ECP ........................ TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ECP .......................... ON THE 11 DAY OF Jan 20 06

*T. Fitzgerald*
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

*[signature]*
DEPUTY U.S. MARSHAL

ORIGINAL