IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-04 Erie
)
EUGENE LAMONT GAVIN )

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Eugene Lamont Gavin, Inmate Number 28657, DOB: 7/13/76, African American, Male.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 21, United States Code, Section 846.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, awaiting disposition of state charges.

5. The above case is set for Arraignment at Erie, Pennsylvania on January 27, 2005, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

1/25/05
DATE

Susan Paradise Baxter
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 1-25-05
ROBERT V. BARTH, JR., CLERK
By _____ Deputy Clerk

EXECUTED THIS WRIT (IN PART) IN FULL (CIRCLE ONE) ON THE ..27.. DAY OF ..January...., 20..05.., BY TAKING CUSTODY OF ..Eugene Gavin.. AT ..ECP.................................................... TRANSPORTING HIM/HER, AND COMMITTING HIM/HER TO ..ECP.............................................................. ON THE ..27.. DAY OF ..Jan........, 20..05......

................T. Fitzgerald................
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

................[signature]................
DEPUTY U.S. MARSHAL