SCANNED

Defendant: Eugene Lamont Gavin
Case Number: CR 05-04 Erie

Judgment--Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 125 months to run concurrent with the defendant's term of imprisonment imposed at Docket Nos. 1371 of 2004 and 129 of 2005, Erie County Court of Common Pleas.

___ The Court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district,

   ___ at ___ on ___.

   ___ as notified by the Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ___ before 2 p.m. on ___.
   ___ as notified by the United States Marshal.
   ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _4/13/07_ to _MCK_

_____ at _###_ ,

with a certified copy of this Judgment.

United States Marshal
By _____
Deputy Marshal