```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA       )
                               )
        v.                     ) Criminal No. 05-4 Erie
                               )
EUGENE LAMONT GAVIN            )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this 28th day of March, 2008, pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this action.

    PRIMARY COUNSEL:    Thomas W. Patton
                        Assistant Federal Public Defender
                        PA State ID #88653



                        S/Sean J. McLaughlin
                        Sean J. McLaughlin
                        United States District Judge